UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAMELA RICHARDSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   No. 1:14-cv-00548-TAB-SEB |
| CAROLYN W. COLVIN, | ) ) ) |
| Defendant. | ) |

**JUDGMENT**

The Court, having found in favor of Defendant Carolyn W. Colvin and against Plaintiff Pamela Richardson, enters judgment in favor of the Defendant and against Plaintiff. Accordingly, the decision of the Commissioner is affirmed.

Dated: 7/27/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Thomas E. Hamer
tom@tomhamerlaw.com

Eric Truett
OFFICE OF GENERAL COUNSEL, SOCIAL SECURITY ADMINISTRATION
eric.truett@ssa.gov

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov